BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No.179074
KRISTINA L. HILLMAN, Bar No. 208599
MANJARI CHAWLA, Bar No. 218556
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the FURNITURE AND INDUSTRIAL CARPENTERS HEALTH AND WELFARE TRUST FUND, and INDUSTRIAL CARPENTERS AND PRECAST PENSION TRUST FUND;<br><br>Plaintiffs,<br><br>v.<br><br>MID-WAY CABINETS, INC., A California Corporation,<br><br>Defendant. | No.   CV 09 5769 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR MEDIATION** |

Plaintiffs and Defendant, by and through their counsel, hereby stipulate and respectfully request that the Court so order that the deadline for mediation in the above-entitled be extended to August 10, 2010, to allow Plaintiffs to complete their audit of Defendant's books and records prior to the mediation. As part of the Complaint, Plaintiffs sought an audit of Defendant's books and records to determine the exact amount due and owing to Plaintiffs. Plaintiffs and Defendants would like to complete the audit prior to mediation. However, Plaintiffs' auditors will not be able to conduct the audit until after the mediation deadline of June 10, 2010. Due to the auditors' availability, the Parties have scheduled the audit for June 30 and July 1, 2010. Accordingly, the

parties have agreed to extend the deadline for mediation to August 10, 2010.

Dated: June _7, 2010

        WEINBERG, ROGER & ROSENFELD
        A Professional Corporation

        By: /s/ Kristina L. Hillman
            KRISTINA L. HILLMAN
            Attorneys for Plaintiffs

Dated: June 7, 2010

        KROLOFF, BELCHER, SMART,
        PERRY & CHRISTOPHERSON

        By: /s/ Velma Lim
            VELMA LIM
            Attorneys for Defendant

123421/574865

## **ORDER**

The Court approves the terms of the above Stipulation and the Parties are ordered to comply with this Order. In addition the Court orders:

Dated: 6/9/10

        HONORABLE PHYLLIS J. HAMILTON
        UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*

Case No. CV 09 5769 PJH
**Stipulation and [Proposed] Order to Extend Mediation Deadline**

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001