UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES, et al.,

    Plaintiff(s),

    v.

MID-WAY CABINETS, INC.,

    Defendant(s).

No. C 09-5769 PJH

**ORDER VACATING DISMISSAL AND RESTORING CASE TO DOCKET**

By order filed on August 11, 2010, this matter was dismissed based upon the parties' settlement of the dispute condition on delivery of consideration for the settlement within 90 days. Plaintiffs have now certified that defendant has not complied with the settlement agreement and has requested that this matter be restored to the court's docket. Accordingly, the August 11, 2010 dismissal is hereby VACATED, and this matter is RESTORED to the court's docket. A case management conference shall be held on December 2, 2010 at 2:00 p.m. All parties must appear.

**IT IS SO ORDERED.**

Dated: October 22, 2010

                                        PHYLLIS J. HAMILTON
                                        United States District Judge